_AO91 (Rev. 8/01)  Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

**U.S. MAGISTRATE COURT**
**DS - SDTX**
**FILED**
JUN 1 4 2010 JS

UNITED STATES OF AMERICA
V.

**CRIMINAL COMPLAINT** David J. Bradley, Clerk
Laredo Division

| Mario Saldana | *Not Atty* | Case Number: | **L-10-MJ** |
| Laredo, Texas | 75 k 4/s ?E 6/25/10 1540 | | |
| United States | | | |

| Dora Sally Rodriguez |
| Laredo, Texas | *Not Atty* 50 k4s PE 6/25/10 |
| United States |

(Name and Address of Defendants)

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about **June 9, 2010** in **Laredo, Texas** **Webb** County, in
(Date)

the **Southern** District of **Texas,** **Mario Saldana** and

**Dora Sally Rodriguez** defendant(s) ,

both United States Citizens, did unlawfully transport Sadie Gabriela Nevarez Villa an undocumented Mexican alien within the Southern District of Texas knowing or in reckless disregard of the fact that said alien had come to, entered, or remained in the United States in violation of law, and transported or moved said alien within the United States by means of motor vehicle or otherwise, in furtherance of such violation of law.

in violation of Title **8** United States Code, Section(s) **1324 (a) (1) (A) (ii)**

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the
Official Title

following facts:   based on statements of the accused and records of the Immigration & Naturalization Service.

Continued on the attached sheet and made a part of this complaint:   ☒ Yes   ☐ No

/s/ _[signature]_
Signature of Complainant

**Carlos Ruiz**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**June 14, 2010**                                    at   Laredo, Texas
Date                                                         City and State

**Guillermo R. Garcia**
U.S. Magistrate Judge                        _[signature]_
Name and Title of Judicial Officer          Signature of Judicial Officer

United States of America                                                    **Page 2**

vs

**Mario Saldana**
**Dora Sally Rodriguez**

**[CONT OF BASIS OF COMPLAINT]**

On June 09, 2010, Border Patrol Agents were working their assigned duties at the IH-35 United States Border Patrol Checkpoint located at the 29 mile marker, north of Laredo, Texas. At approximately 11:45 p.m., a vehicle with three visible occupants approached the primary inspection lane. A Border Patrol Agent conducted an immigration inspection on the driver, later identified as SALDANA, Mario and the passenger, later identified as RODRIGUEZ, Dora Sally. They both stated that they were United States Citizens. The back seat passenger later identified as, NAVAREZ-Villa, Sadie Gabriela, was asked if she was a United States citizen to which she hesitated to answer, then replied with "Yes". NAVAREZ-Villa was reading a book and avoided eye contact. At this time SALDANA was advised proceed to the secondary inspection lane.

Once in secondary NAVAREZ-Villa freely admitted to being in the United States illegally. SALDANA and RODRIGUEZ were placed under arrest and all occupants were escorted inside the United States Checkpoint.

SALDANA, Mario and RODRIGUEZ, Dora Sally were read their Miranda Rights by Border Patrol Agents, which they acknowledged by signing Service Form I-214

SALDANA, Mario was read his rights before taking his sworn statement and he invoked his right to have an attorney present and all questions were ceased at that time.

RODRIGUEZ, Dora Sally stated that on June 9, 2010 she offered NAVAREZ-Villa, Sadie Gabriela a ride to San Antonio, Texas and NAVAREZ-Villa, Sadie Gabriela gave her 200.00 U.S. Dollars for gas. RODRIGUEZ, Dora Sally used 41.00 U.S. Dollars for gas and stated she would give the rest of the money back. RODRIGUEZ, Dora Sally returned 159.00 U.S. Dollars to NAVAREZ-Villa, Sadie Gabriela. During further questioning RODRIGUEZ, Dora Sally invoked her right to have an attorney present during questioning and all questions ceased.

A sworn statement was taken on NAVAREZ-Villa, Sadie Gabriela to which she stated that arrangements were made by her husband with an unknown man to be taken to Austin, Texas for the total amount of 4,000.00 U.S Dollars. On May 29, 2010, NAVAREZ-Villa swam across the river at approximately 9:00 am. On June 9, 2010, she was taken to a store where she met RODRIGUEZ, Dora Sally and the driver SALDANA, Mario. NAVAREZ-Villa, Sadie Gabriela stated that SALDANA, Mario drove the vehicle as RODRIGUEZ, Dora Sally gave her instructions to act normal and if asked about her citizenship to say "United States Citizen". NAVAREZ-Villa was instructed to say that they met at a local bar in Laredo, Texas and knew each other for about six months. NAVAREZ-Villa stated that she gave RODRIGUEZ 200.00 U.S Dollars.